1  MICHAEL J. NADER, SBN 200425
   michael.nader@ogletree.com
2  ELIZABETH D. RHODES, SBN 218480
   elizabeth.rhodes@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  500 Capitol Mall, Suite 2500
   Sacramento, CA  95814
5  Telephone:     916-840-3150
   Facsimile:     916-840-3159
6
7  Attorneys for Defendant
   W.W. GRAINGER, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| VERONICA RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>W.W. GRAINGER, INC., an Illinois corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-00422-JLT-HBK<br><br>**NOTICE OF RELATED CASES**<br><br>[Local Rule 123(a)]<br><br>Stanislaus County Superior Court Case No. CV-23-00752<br><br>Action Filed:  February 10, 2023<br>Trial Date:  None set |
| JENYFER FARIAS SANCHEZ, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>W.W. GRAINGER, INC., an Illinois corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01028-JLT-HBK<br><br>**NOTICE OF RELATED CASES**<br><br>[Local Rule 123(a)]<br><br>Stanislaus County Superior Court Case No. CV-23-003187<br><br>Action Filed:  June 8, 2023<br><br>Trial Date:  None set |

   　　　W.W. Grainger, Inc., by and through its counsel, notices the Court and Clerk of Court that the recently filed Complaint in *Jenyfer Sanchez v. W.W. Grainger, Inc*., Case No. 1:23-cv-01028-JLT-HBK is related to the earlier filed Complaint in *Veronica Rodriguez v. W.W. Grainger Inc.,* Case No. 1:23-cv-00422-JLT-HBK.  Both cases are already assigned to District Judge Jennifer L.

Thurston and Magistrate Judge Helena M. Barch-Kuchta, so that no reassignment is necessary under the local rules at this time.

DATED: July 10, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Elizabeth D. Rhodes*
Michael J. Nader
Elizabeth D. Rhodes

Attorneys for Defendant
W.W. GRAINGER, INC.

### [~~Proposed~~] ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that *Jenyfer Sanchez v. W.W. Grainger, Inc.*, Case No. 1:23-cv-01028-JLT-HBK is related to the earlier filed Complaint in *Veronica Rodriguez v. W.W. Grainger Inc.,* Case No. 1:23-cv-00422-JLT-HBK within the meaning of Local Rule 123(a)(4). As both matters are already assigned to a single District Judge, no reassignment is necessary.

IT IS SO ORDERED.

Dated:  **August 1, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE