UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>W.W. GRAINGER, INC.,<br><br>    Defendant. | No. 1:23-cv-00422-DAD-CKD<br><br>ORDER REMANDING ACTION TO THE STANISLAUS SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 19) |

On October 31, 2023, the parties stipulated to remand of this action to the Stanislaus County Superior Court, where this action was originally filed. (Doc. No. 19.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Stanislaus County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 3, 2023**                     *Dale A. Drozd*
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE

1